JAMES C. MARSH'S Adm'r, Plaintiff in Error, *v.* MARGARET MOODY, Defendant in Error.

*Error to St. Louis Court of Common Pleas.*

*Krum, Decker & Krum,* for plaintiff in error.

*Sharp & Broadhead,* for defendant in error.

WAGNER, Judge, delivered the opinion of the court.

This case is in all respects similar to the one of Marsh v. Bast decided at this term, and for the reasons given in that case the judgment will be affirmed.

The other judges concur.

———— ◦•◦•· ————

ISAAC B. THOMAS *et al.,* Appellants, *v.* LUCY GIBSON *et al.,* Respondents.

*Appeal from Lincoln Circuit Court.*

*A. V. McKee,* for appellants.

*Dyer & Henderson,* for respondents.

WAGNER, Judge, delivered the opinion of the court.

No assignment of errors has been filed in this cause, nor has any attempt been made to prosecute the same. The judgment of the Circuit Court will therefore be affirmed. The other judges concur.